UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

CASE NO. 09-70938-crm

IN RE:

Claudia Rocio Hutchins

    Debtor.
_____/

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

COMES NOW SVO VISTANA VILLAGES, INC., a Florida corporation, by and through its undersigned attorneys, and hereby files its Notice of Appearance as a creditor herein, and requests that copies of all notices, pleadings and other papers filed in this case be furnished to it at the address shown below.

Pursuant to Bankruptcy Rule 2002 (i), SVO VISTANA VILLAGES, INC., a Florida corporation so requests that all matters which must be noticed to creditors, any creditors' committee and any other party in interest, whether sent by the Court, the debtor or any other party in the case, be sent to the undersigned, and that the undersigned be added to the Court's Master Mailing List.

    /s/ *VALERIE N. BROWN*
    VALERIE N. BROWN
    Florida Bar No. 0010193
    Lowndes, Drosdick, Doster, Kantor & Reed,
    Professional Association
    450 S. Orange Avenue, Suite 800
    P.O. Box 2809
    Orlando, FL 32802-2809
    Telephone: (407)843-4600
    Facsimile: (407)843-4444

Date: July 15, 2009
tli/142595